**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO.  09-15-00355-CV**

_____


**IN THE INTEREST OF R.K.P.**

_____

**On Appeal from the 279th District Court**
**Jefferson County, Texas**
**Trial Cause No. F-189061-C**

_____

**MEMORANDUM OPINION**

On October 28, 2015, we notified the parties that this appeal would be dismissed for want of prosecution unless arrangements were made for the filing of the record or the appellant explained why additional time was needed to file the record. On October 29, 2015, we notified the parties that the filing fee had not been paid and warned that the appeal would be dismissed unless the appellant remitted the filing fee for the appeal. Appellant did not respond to this Court's notices.

An appellant who wishes to proceed on appeal without payment of costs must file an affidavit of indigence. *See* Tex. R. App. P. 20.1. An appeal may be

1

dismissed if the appellant fails to comply with a requirement of the Texas Rules of Appellate Procedure, or fails to respond to a notice from the Clerk of the Court requiring a response or other action within a specified time. *See* Tex. R. App. P. 42.3(c).

Appellant did not file an affidavit of indigence on appeal and has not shown that she is entitled to proceed without payment of costs. *See generally* Tex. R. App. P. 20.1. Appellant failed to comply with notices that required a response. *See* Tex. R. App. P. 42.3(c). There being no reasonable explanation for the failure to pay the filing fee for the appeal, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3.

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Submitted on December 22, 2015
Opinion Delivered December 23, 2015

Before McKeithen, C.J., Kreger and Johnson, JJ.